1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK KROTOSKI, (CABN 138549)
3  Chief, Criminal Division

4  H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3717
7      Facsimile: (510) 637-3724
       E-mail: Shashi.Kewalramani@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   Case No. 06-70799 WDB
13                                  )
          Plaintiff,                )   [PROPOSED] ORDER GRANTING
14                                  )   STIPULATION TO WAIVE TIME UNDER
       v.                           )   SPEEDY TRIAL CLOCK AND FOR
15                                  )   PRELIMINARY HEARING
   SHON MATTHEW SQUIER and          )
16 VALERIE LYNN HERSCHEL,           )   Date:   January 30, 2007
                                    )   Time:   10:00 a.m.
17        Defendant.                )   Before the Honorable Wayne D. Brazil
                                    )
18 ─────────────────────────────────

19                          **[PROPOSED] ORDER**

20        Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter

21 filed a Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing

22 seeking to waive and extend the time for the preliminary hearing and to exclude the time between

23 January 30, 2007 and March 6, 2007 from the Speedy Trial Clock. The Stipulation was signed

24 by counsel of record as well as the defendants knowingly and voluntarily waiving their rights to a

25 preliminary hearing on January 30, 2007, and extending the preliminary hearing until March 6,

26 2007. The Stipulation also noted that the United States is expected to provide discovery to the

27 defendants' attorneys. This information will allow the defendants' attorneys to better evaluate

28

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 06-70799 WDB                    1

1  the case and assist in preparing a defense. Counsel also acknowledged that an exclusion of time
2  under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense
3  counsel taking into account the exercise of due diligence. Good cause appearing therefor,
4      **IT IS HEREBY ORDERED** that the period of time between January 30, 2007 and
5  March 6, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare,
6  taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court
7  finds that the "ends of justice served by the granting of such continuance outweigh[s] the best
8  interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).
9  Additionally, the Court finds that the defendants, Mr. Squier and Ms. Herschel, knowingly and
10 voluntarily waived the period between January 30, 2007 and March 6, 2007, such that
11 preliminary hearing is now scheduled for March 6, 2007 at 10:00 a.m.

DATED: 1/29/07

WAYNE D. BRAZIL
United States Magistrate Judge

Distribute to:

Bruce Hall Atwater
1260 B Street, Suite 220
Hayward, CA 94541
Counsel for Shon Squier

Dennis Roberts
300 Grand Avenue
Oakland, CA 94612
Counsel for Shon Squier

Frederick R. Remer
1260 B, St #220
Hayward, CA 94541
Counsel for Valerie Herschel

Harris B. Taback
Law Chambers Building
345 Franklin Sreet, Suite 102
San Francisco, CA 94102
Counsel for Valerie Herschel

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

[PROPOSED] ORDER GRANTING PRELIMINARY
HEARING EXTENSION AND EXCLUSION
Case No. 06-70799 WDB     2