SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

H. H. (SHASHI) KEWALRAMANI (TXSBN 796879)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, California 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724
  E-mail: Shashi.Kewalramani@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4-06-70799 WDB |
|     Plaintiff, ) | ORDER GRANTING THIRD STIPULATION TO WAIVE TIME UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING |
|     v. ) | |
| SHON MATTHEW SQUIER and VALERIE LYNN HERSCHEL, ) | Date: April 20, 2007<br>Time: 10:00 a.m.<br>Before the Honorable Wayne D. Brazil |
|     Defendants. ) | |

**ORDER**

Pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(8), the parties in this matter filed a Second Stipulation to Waive Time Under Speedy Trial Clock and For Preliminary Hearing seeking to waive and extend the time for the preliminary hearing and to exclude the time between April 20, 2007 and June 1, 2007 from the Speedy Trial Clock. The Stipulation was signed by counsel of record as well as the defendants knowingly and voluntarily waiving their rights to a preliminary hearing on April 20, 2007, and extending the preliminary hearing until June 1, 2007. The Stipulation also noted that the United States has provided discovery to the parties. Additionally, the stipulation noted that one of Mr. Squier's counsel required medical

attention that resulted in his unavailability for a period of time.  This discovery has allowed and will allow the defendants' attorneys to better evaluate the case and assist in preparing a defense.  Counsel also acknowledged that an exclusion of time under the Speedy Trial Clock is appropriate to allow for the effective preparation of defense counsel taking into account the exercise of due diligence and for continuity of counsel.  Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the period of time between April 20, 2007 and June 1, 2007 is excluded from the Speedy Trial Clock to allow counsel to effectively prepare and for continuity of counsel, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the "ends of justice served by the granting of such continuance outweigh[s] the best interests of the public and the defendant in a speedy trial."  18 U.S.C. § 3161(h)(8)(A).  Additionally, the Court finds that the defendants, Mr. Squier and Ms. Herschel, knowingly and voluntarily waived the period between April 20, 2007 and June 1, 2007, such that preliminary hearing is now scheduled for June 1, 2007 at 10:00 a.m.

DATED:  April 17, 2007

_____
WAYNE D. BRAZIL
United States Magistrate Judge

Distribute to:

Bruce Hall Atwater
1260 B Street, Suite 220
Hayward, CA 94541
Counsel for Shon Squier

Dennis Roberts
300 Grand Avenue
Oakland, CA  94612
Counsel for Shon Squier

Frederick R. Remer
1260 B, St #220
Hayward, CA 94541
Counsel for Valerie Herschel

Harris B. Taback
Law Chambers Building
345 Franklin Sreet, Suite 102
San Francisco, CA 94102
Counsel for Valerie Herschel

H. H. (Shashi) Kewalramani
Assistant United States Attorney
1301 Clay Street, Suite 340S
Oakland, CA 94612
Counsel for Plaintiff

[PROPOSED] ORDER GRANTING THIRD STIPULATION TO WAIVE TIME
UNDER SPEEDY TRIAL CLOCK AND FOR PRELIMINARY HEARING
Case No.  06-70799 WDB                                   2